UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          X
                                       :
DIMARE HOMESTEAD, INC.                 :
and DIMARE RUSKIN, INC.                :          ECF CASE
                                       :
                Plaintiffs,            :          09-Civ.-6644 (PKC)
                                       :
       -against-                       :          APPEARANCE
                                       :
THE ALPHAS COMPANY OF NEW YORK, INC. :
PETER ALPHAS and YANNI ALPHAS a/k/a    :
JOHN ALPHAS                            :
                Defendants.            :

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for THE ALPHAS COMPANY OF NEW YORK, INC., PETER ALPHAS and YANNI ALPHAS a/k/a JOHN ALPHAS.

   I certify that I am admitted to practice in this court.


Dated: April 15, 2010

                                       _____
                                       Lawrence T. Lowen, Esq. (LL3011)
                                       Bar No.1649862
                                       LAWRENCE T. LOWEN, P.C.
                                       340 W. 57th Street, 9D
                                       New York, NY 10019
                                       Telephone:  212-662-0606
                                       Facsimile:   212-202-3687
                                       Email: ltlowen@lowen.net
                                       Attorney for Defendants